**Order entered November 1, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00731-CV

## IN RE JOSEPH WAYNE HUNTER, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

## ORDER

Before the Court is relator's August 25, 2021 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus on or before **November 19, 2021**.

The Court **DIRECTS** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; and to John Cruezot, Dallas County District Attorney.

We **FURTHER DIRECT** the Clerk of the Court to mail a copy of this order, by first class mail, to Joseph Wayne Hunter; TDCJ No. 01981619; Daniel Unit; 938 South FM 1673; Snyder, Texas 79549.

/s/    LESLIE OSBORNE
        JUSTICE